# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JESSICA JOYCE WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 06-cv-171-P-S |
| | ) |
| YORK COUNTY et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER REQUIRING REVISED REDACTED FILING

The Court's recent review of the docket in this case has uncovered a filing that fails to comply with the requirements of Federal Rule of Civil Procedure 5.2[1]; namely Deposition of Jessica Woods (Docket #16). Defense counsel is hereby instructed to cure this violation of Rule 5.2 by filing a properly redacted version of the document within seven days of this Order.

In accordance with Rule 5.2(e), the Court hereby ORDERS that Deposition of Jessica Woods (Docket #16) be SEALED in order to prohibit remote electronic access to the document by any nonparty.

Counsel are reminded that under both Rule 5.2 and the District's Administrative Procedures Governing the Filing and Service by Electronic Means, it is their responsibility to ensure that all filings are properly redacted.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 6th day of December, 2007.

---

[1] Federal Rule of Civil Procedure 5.2 became effective on December 1, 2007. Even prior to that date, redaction of personal identifiers was required pursuant to the District's Administrative Procedures Governing the Filing and Service by Electronic Means.