# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JESSICA JOYCE WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 06-cv-171-P-S |
| | ) |
| YORK COUNTY et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION FOR SANCTIONS

Before the Court is Defendants' Motion for Sanctions (Docket # 10).  Having reviewed all of the submissions made in connection with this Motion, the Court finds no basis for imposing sanctions.  Rather, the Court is satisfied that the paragraphs of the Complaint cited in Defendants' Motion comply with Maine Rule of Civil Procedure 11(a) and Federal Rule of Civil Procedure 11(b)(3) to the extent one or both of these rules are applicable.[1]  Moreover, it appears to this Court that Plaintiff's counsel complied with the requirements of Rule 11(b) by performing "an inquiry reasonable under the circumstances" to support the allegations contained in the Complaint and also utilizing the pleading mechanism of "upon information and belief" to preface allegations that would require "further investigation or discovery."

On this basis, the Court hereby DENIES Defendants' Motion for Sanctions (Docket # 10).

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 6th day of December, 2007.

---

[1] As Plaintiff correctly argues in opposition to the Motion, she was under no obligation to replead her Complaint after removal in order to comply with pleading requirements unique to the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 81(c).